DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

WILLIAMS v. PALEY

No. 360P94

Case below: 114 N.C.App. 571

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 8 September 1994.

ZENNS v. HARTFORD ACCIDENT AND INDEMNITY CO.

No. 345P94

Case below: 115 N.C.App. 482

Petition by plaintiff (Gerald Zenns) for discretionary review pursuant to G.S. 7A-31 denied 8 September 1994.